CV-N-01-0013



CV-N-01-0013-0011



02/06/2001



*A02/06/200



Kevin J. Mirch, Esq.
SBN: 000923
Marie C. Mirch, Esq.
SBN: 6747
MIRCH & MIRCH
201 W. Liberty Street, Suite 201
Reno, NV 89501
Tele: (775) 324-7444

Attorney for Plaintiff




UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALBERT KENNESON,

Plaintiff,

vs.

GARY RICHTER, PANAVISE PRODUCTS, INC., CHRIS HOWARD, CHRIS HOWARD AND ASSOCIATES, INC., SCOTT MCCALLUM, BRUCE RICHTER, DENNY GORTARI, VISEMAN PROPERTIES, INC., DOES I-X,

Defendants.
_______________________________/

Case No. CV-N-01-0013-DWH-RAM

**STIPULATION IN RE EXTENSION OF TIME IN WHICH TO HOLD MEET AND CONFER (FIRST REQUEST)**

COMES NOW, Plaintiff, by and through his attorney of record, Mirch & Mirch, Marie C. Mirch, Esq., and Defendants, by and through their attorney of record, Hicks & Walt, Karyn M. Chiriatti, Esq., and hereby stipulate that the Meet and Confer Conference pursuant to LR 26-2(d) shall be held on March 7, 2001 at 10:00 a.m., at the Law Office of Mirch & Mirch, 201 W. Liberty St., Ste. 201, Reno, Nevada 89501 and that initial disclosures will be made and the stipulated discovery plan will be filed within fourteen (14) days after the LR 26-1 (d) conference in accordance with Fed. R. Civ. P. 26(a) and LR 26-1(d). . Said Meet and Confer Conference should have been held by February 5, 2001.

///

Kevin J. Mirch, Esq., and Marie C. Mirch, Esq., counsel for Plaintiffs have been in trial since January 16, 2001 in the Superior Court of San Mateo in California. Said trial is expected to run through February 9, 2001. The first available date on Mr. Mirch and Mrs. Mirch's hectic trial calendar, in which to hold the Meet and Confer Conference, is March 7, 2001 at 10:00 a.m.

This Stipulation is not made for any delaying or dilatory reason but out of real need due to the hectic trial calendar of the Law Office of Mirch & Mirch. No other deadlines are affected by this Stipulation.

DATED this 4 day of February, 2001.

LAW OFFICE OF MIRCH & MIRCH

By: [signature]

MARIE C. MIRCH, ESQ.
SBN: 6747
201 W. Liberty St., Ste. 201
Reno, NV 89501
Tele: (775) 324-7444
Attorney for Plaintiff

DATED this _____ day of _________, 2001.

LAW OFFICE OF HICKS & WALT

BY:______________________

KARYN M. CHIRIATTI, ESQ.
SBN: 6142
350 S. Center St., Ste. 530
Reno, NV 89501
Tele: (775) 348-4888
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED this ________ day of _________, 2001.

______________________
U.S. DISTRICT JUDGE

Kevin J. Mirch, Esq., and Marie C. Mirch, Esq., counsel for Plaintiffs have been in trial since January 16, 2001 in the Superior Court of San Mateo in California. Said trial is expected to run through February 9, 2001. The first available date on Mr. Mirch and Mrs. Mirch's hectic trial calendar, in which to hold the Meet and Confer Conference, is March 7, 2001 at 10:00 a.m.

This Stipulation is not made for any delaying or dilatory reason but out of real need due to the hectic trial calendar of the Law Office of Mirch & Mirch. No other deadlines are affected by this Stipulation.

DATED this ____ day of __________, 2001.

LAW OFFICE OF MIRCH & MIRCH

By:______________________________
MARIE C. MIRCH, ESQ.
SBN: 6747
201 W. Liberty St., Ste. 201
Reno, NV 89501
Tele: (775) 324-7444
Attorney for Plaintiff

DATED this 2nd day of February, 2001.

LAW OFFICE OF HICKS & WALT

BY: Karyn M. Chiriatti
KARYN M. CHIRIATTI, ESQ.
SBN: 6142
350 S. Center St., Ste. 530
Reno, NV 89501
Tele: (775) 348-4888
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED this 5th day of February, 2001.

[signature]
U.S. ~~DISTRICT~~ Magistrate JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I declare that I am an employee of Mirch & Mirch, over the age of EIGHTEEN (18), and not a party to this action. In that capacity, I served by United States Mail postage prepaid, a true and correct copy of the attached **STIPULATION IN RE EXTENSION OF TIME IN WHICH TO HOLD MEET AND CONFER (FIRST REQUEST)** upon the following individuals:

Neil M. Alexander, Esq.
Karyn M. Chiriatti, Esq.
Hicks & Walt
350 S. Center St., Suite 530
Reno, NV 89501

DATED this 5th day of Feb., 2001.

[signature]