CV-N-01-0013



CV-N-01-0013-0012



02/06/2001



*A02/06/200



1  Kevin J. Mirch, Esq.
   SBN: 000923
2  Marie C. Mirch, Esq.
   SBN: 6747
3  MIRCH & MIRCH
   201 W. Liberty Street, Suite 201
4  Reno, NV 89501
   Tele: (775) 324-7444
5
   Attorney for Plaintiff
6

U.S. DISTRICT COURT
DISTRICT OF NEVADA
RECEIVED
FEB - 5 2001
CLERK, U.S. DISTRICT COURT
          DEPUTY

7              UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9  ALBERT KENNESON,                Case No. CV-N-01-0013-DWH-RAM

10         Plaintiff,

11  vs.

12  GARY RICHTER, PANAVISE
    PRODUCTS, INC., CHRIS HOWARD,
13  CHRIS HOWARD AND ASSOCIATES,
    INC., SCOTT MCCALLUM, BRUCE
14  RICHTER, DENNY GORTARI,
    VISEMAN PROPERTIES, INC., DOES
15  I-X,

16         Defendants.
                                    /
17
            **STIPULATION IN RE ENLARGEMENT OF
18           TIME FOR PLAINTIFF TO FILE
             REPLY TO DEFENDANTS' OPPOSITION TO
19           MOTION FOR REMAND OF FEDERAL ACTION
             TO STATE COURT ( LACK OF SUBJECT
20           MATTER JURISDICTION)
             (FIRST REQUEST)**
21
       COMES NOW, Plaintiff, by and through his attorney of record, Mirch & Mirch, Marie C.
22
   Mirch, Esq., and Defendants, by and through their attorney of record, Hicks & Walt, Karyn M.
23
   Chiriatti, Esq., and hereby stipulate that Plaintiff may be granted a sixteen (16) day enlargement
24
   of time, through and including February 21, 2001, in which to file Plaintiff's Reply to
25
   Defendant's Opposition to Motion for Remand of Federal Action to State Court (Lack of Subject
26
   Matter Jurisdiction.  Said Reply is currently due to be filed with the Court on February 5, 2001.
27
   ///
28

| | |
|---|---|
| 1 | Kevin J. Mirch, Esq., and Marie C. Mirch, Esq., counsel for Plaintiffs, have been in trial |
| 2 | since January 16, 2001 in the Superior Court of San Mateo in California. Said trial is expected to |
| 3 | run through February 9, 2001. |
| 4 | This Stipulation is not made for any delaying or dilatory reason but out of real need due to |
| 5 | the hectic trial calendar of the Law Office of Mirch & Mirch. |

DATED this 5 day of February, 2001.

LAW OFFICE OF MIRCH & MIRCH

By: _____
MARIE C. MIRCH, ESQ.
SBN: 6747
201 W. Liberty St., Ste. 201
Reno, NV 89501
Tele: (775) 324-7444
Attorney for Plaintiff

DATED this _____ day of _____, 2001.

LAW OFFICE OF HICKS & WALT

BY: _____
KARYN M. CHIRIATTI, ESQ.
SBN: 6142
350 S. Center St., Ste. 530
Reno, NV 89501
Tele: (775) 348-4888
Attorney for Defendants

## ORDER

IT IS SO ORDERED.

DATED this 5th day of February, 2001.

_____
U.S. DISTRICT JUDGE
Magistrate

1     Kevin J. Mirch, Esq., and Marie C. Mirch, Esq., counsel for Plaintiffs, have been in trial
2 since January 16, 2001 in the Superior Court of San Mateo in California. Said trial is expected to
3 run through February 9, 2001.
4     This Stipulation is not made for any delaying or dilatory reason but out of real need due to
5 the hectic trial calendar of the Law Office of Mirch & Mirch.
6     DATED this 2nd day of _____, 2001.

LAW OFFICE OF MIRCH & MIRCH

By:_____
MARIE C. MIRCH, ESQ.
SBN: 6747
201 W. Liberty St., Ste. 201
Reno, NV 89501
Tele: (775) 324-7444
Attorney for Plaintiff

DATED this 2nd day of February, 2001.

LAW OFFICE OF HICKS & WALT

BY:_____
KARYN M. CHIRIATTI, ESQ.
SBN: 6142
350 S. Center St., Ste. 530
Reno, NV 89501
Tele: (775) 348-4888
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2001.

_____
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I declare that I am an employee of Mirch & Mirch, over the age of EIGHTEEN (18), and not a party to this action. In that capacity, I served by United States Mail postage prepaid, a true and correct copy of the attached **STIPULATION IN RE ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR REMAND OF FEDERAL ACTION TO STATE COURT ( LACK OF SUBJECT MATTER JURISDICTION) (SECOND REQUEST)** upon the following individuals:

Neil M. Alexander, Esq.
Karyn M. Chiriatti, Esq.
Hicks & Walt
350 S. Center St., Suite 530
Reno, NV 89501

DATED this _5th_ day of _Feb_, 2001.

_____